UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL THOMPSON, on behalf of, RONDA THOMPSON,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>  Defendant. | No. 4:12-CV-1530-NAB |

### MEMORANDUM AND ORDER

This matter is before the Court *sua sponte*. On August 28, 2012, Michael Thompson filed the instant action on behalf of Ronda Thompson, seeking review of a final decision by the Commissioner of Social Security denying disability insurance and supplemental security income benefits to Ronda Thompson. Michael Thompson has not informed the Court why Ronda Thompson cannot represent herself in these proceedings (i.e. whether she is a minor and/or incompetent person).

Civil actions by minors and incompetent persons may be commenced and prosecuted only by a duly appointed guardian or, if there is no such guardian, by a next friend appointed by the Court in the civil action. See Fed.R.Civ.P. 17(c)(2). Michael Thompson has not filed a motion for appointment of next friend on behalf of

Ronda Thompson in this matter, and a next friend must be appointed before further proceedings may occur.

Accordingly, the Court will order Michael Thompson to file a motion for appointment of next friend.  In the motion, Michael Thompson shall set forth his relationship to Ronda Thompson and the reason(s) why Ronda Thompson cannot represent herself.  Failure to file such a motion will result in this action being dismissed without prejudice.

Therefore,

**IT IS HEREBY ORDERED** that, within thirty (30) days of the date of this Order, Michael Thompson shall file a motion for appointment of next friend for the purpose of commencing and prosecuting this action on behalf of Ronda Thompson. Failure to file this motion shall result in the dismissal of this action without prejudice.

Dated this 26th day of November, 2012.

    /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE